UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
OCT 1 0 2014
10-10-14
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

TRISTAN HOUSE

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Judge Stanley J Sacks JR
Anita Alvarez
Director S.A Godinez

14 C 7983
Judge Samuel Der-Yeghiayan
Magistrate Judge Young B. Kim

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

__X__ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I.  **Plaintiff(s):**

    A.   Name: TRISTAN HOUSE

    B.   List all aliases: _____

    C.   Prisoner identification number: R65351

    D.   Place of present confinement: ET. MOLINE CORR. CENTER

    E.   Address: _____

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.   Defendant: JUDGE STANLEY SACKS JR.

          Title: JUDGE

          Place of Employment: COOK COUNTY CRIMINAL COURT, 2600 S. CALIFORNIA AV., CHICAGO, IL.

    B.   Defendant: ANITA ALVAREZ

          Title: STATE'S ATTORNEY OF COOK COUNTY

          Place of Employment: 2600 S. CALIFORNIA AV., CHICAGO, IL.

    C.   Defendant: DIRECTOR S.A. GODINEZ

          Title: ILLINOIS DIRECTOR FOR DEPT. OF CORRECTIONS.

          Place of Employment: IDOC., 1301 CONCORDIA COURT, SPRINGFIELD, IL.

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

PLAINTIFF, TRISTAN HOUSE, BRING THIS 42 U.S.C. 1983 CIVIL RIGHTS COMPLAINT CONTENDING THAT THE COOK COUNTY CRIMINAL COURT VIOLATED HIS FOURTEENTH AMENDMENT RIGHT TO THE UNITED STATES CONSTITUTION ("DUE PROCESS" OR "FAIRNESS"). PLAINTIFF WAS GIVEN A PLEA BARGAIN FOR "BOOT CAMP". PLAINTIFF CONTINUE TO BE DENIED "BOOT CAMP".

DUE PROCESS
"BOOT CAMP"

PLAINTIFF TRISTAN HOUSE WAS CHARGED WITH THE OFFENSE OF DELIVERY OF 4-GRAMS OF HEROIN TO UNDERCOVER AGANCY. A OFFER WAS TENDER TO PLAINTIFF. THE AGREEMENT WAS THAT PLAINTIFF WOULD PROFORM 4-MONTHS BOOT CAMP A^ND 2-YEARS (MSR) MANDATORY SUPERVISED RELEASE. ON AUG. 12, 2013 I ACCEPTED THE AGREEMENT BY PLEADING GUILTY TO 4-MONTHS BOOT CAMP AND 2-YEARS MSR.

Revised 9/2007

STATEVILLE CORR. CENTER

Plaintiff was transferred from the Cook County Jail to Stateville Corr. Center on Aug. 14, 2013. After Plaintiff was processed, I was eventually transferred to Stateville Gym Room (H-2). Plaintiff would remain in the Gym-Room for approx. 2-months. During that time Plaintiff became depressed. The Gym-Room was converted into a living-quarter for Boot Campers while they wait to be transferred.

The Gym-Room was overcrowed. There was only two-bathroom for a hundreth inmates or more. The living conditions because unbarable. Plaintiff wrote the counselor and asked her why was it taking them so long to transfer me. The counselor wrote me back stating that the IDOC was waiting on "bed space." See Exhibit 2.

On Oct. 4, 2014, I was told to pack-up to be transferred from Stateville. Plaintiff was under the misguided impression that I was being transferred to "Boot Camp." The next morning Plaitiff learned that he was being transferred to Dixon.

### Dixon Corr. Center

When plaintiff arrived at Dixon Corr. Center, plaintiff immediately wrote the counselor to determine what prompted them to transfer me to Dixon and not boot camp. The counselor wrote me back. In his letter he stated that I was suppose to be at boot camp, but the IDOC had changed their plans see Exhibit 7. Therefore, Dixon was under the impression that I should have been at "boot camp."

### Cook County Court

For a long time plaintiff was under stress. The stress was created by the assumption that I should be at boot camp. Quarreling with Dixon was getting me nowhere. So, I filed a motion to withdraw guilty plea and vacate sentence. In my petition, I explained to the court the nature of our agreement. That the 4-months boot camp and two-years MSR was precipitated only by my plea agreement.

The court sent me a letter stating that my motion was denied. Plaintiff cannot understand the state-court. By no means was the agreement vague. The state as well as the judge knew or should have known what it was doing.

V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

PLAINTIFF SEEKS A DECLARATION CALLING THE STATE COURT BEHAVIOR UNCONSTITIONAL AND VIOLATIVE OF THE FOURTEETH AMENDMENT TO THE U.S. CONSTITUTION. PLAINTIFF SEEKS 200,000 IN COMPENSATORY DAMAGES. PLAINTIFF ASK THAT HE BE IMMEDIATELY RELEASED.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20\_\_\_\_

_____
(Signature of plaintiff or plaintiffs)

_____
(Print name)

_____
(I.D. Number)

_____
_____
(Address)

Revised 9/2007

EXHIBIT 1.

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Offender Request**

Offender Name: Tristan House   ID #: R65351   Living Unit: 31/26

Please refer to the directory located in your orientation manual and address proper personnel.

To: My Counslor

I request ☐ interview ☐ cell assignment ☐ visit ☐ banking ☐ purchase ☐ other (specify) How you Doin

for the purpose of (explain): I came to DIXON on 10-4-13 but I suppose to be going to boot camp I was approved with no Holds I would Like To know my status where I stand. I came from stateville, THank yo

Tristan House   10-8-13
Offender's Signature   Date

DO NOT WRITE BELOW THIS LINE

Remarks by staff (if necessary): You were Recommended To go To Boot Camp by RTC but The Transfer Coordinators office sent you To Dixon CC. When The paperwork From this Decession catches up to us I will be better able To Tell you why, and if it is permenste or not.

Remarks by supervisor (if necessary):

Staff Signature: [signature]   Date: 10-1-13

Distribution: Affected Unit

DOC 0286 (Eff. 9/2005) (Replaces DC7177 & DC3811)

---

EXHIBIT 2.

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Offender Request**

Offender Name: Tristan House   ID #: R65351   Living Unit: T3-A-50

Job Assignment: _____   Shift: _____

Please refer to the directory located in your orientation manual and address proper personnel.

To: Counslor

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) I would Like

for the purpose of (explain): To know if I Have any holds or anything and if I'm approved Thank you

Offender's Signature   Date

DO NOT WRITE BELOW THIS LINE

Remarks by staff (if necessary): No holds you all waiting on bed space.

Print Staff Name: C. Johnso
Staff Signature: [signature]   Date: 9-20-13

Remarks by supervisor (if necessary):

Distribution: Affected Unit

DOC 0286 (Rev. 4/2010)